UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23767-HUCK

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

GRAZIANO'S HOLDING, LLC, a Florida
limited liability company,

    Defendant.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANDRES GOMEZ, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses the above referenced party, without prejudice.

Submitted on this 30th day of October, 2017.

    /s/ Jessica L. Kerr_____
    Jessica L. Kerr, Esquire
    Florida Bar No. 92810
    **THE ADVOCACY GROUP**
    333 Las Olas Way,
    CU3, Suite 311
    Fort Lauderdale, Florida 33301
    Telephone: (954) 282-1858
    Email: service@advocacypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2017, a true and correct copy of

the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  Respectfully submitted,

                                                  */s/ Jessica L. Kerr*
                                                  Jessica L. Kerr, Esq.
                                                  Florida Bar No. 92810